UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                              )
            v.                ) NO. 3:11-mj-4035
                              )
JAMES LINWOOD JONES           )

**O R D E R**

Defendant Jones has filed his "Motion For Shoes" (Docket Entry No. 14). By this motion, defendant Jones, who is presently detained by order of the Court pending trial, apparently seeks an order requiring that the detention facility where he is being held allow him to wear a pair of his own personal tennis shoes. As grounds, defendant Jones asserts in his motion that the shoes he is presently wearing, presumably issued by the detention facility, "extremely hurt his feet." Defendant Jones requests the undersigned Magistrate Judge conduct a hearing on his motion.

The undersigned Magistrate Judge finds that the type of shoes issued to detainees in a detention facility lies within the sound discretion of the correction officials in charge. This Court is extremely reluctant to intrude upon the day-to-day management affairs of the facility, especially when the matters at issue do not appear to affect the health or safety of the detainees. For these reasons, the undersigned Magistrate Judge **DENIES** defendant's motion for shoes.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge